# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MICHAEL JESTER & PENN RIDGE FARMS, LLC,** : <br>     **Plaintiffs** : <br> : <br> v. : <br> : <br> **ROBERT HUTT & FANTASY LANE THOROUGHBRED RACING STABLE, LLC,** : <br>     **Defendants** : | No. 1:15-cv-00205 <br><br> (Judge Kane) |

## ORDER

**AND NOW**, on this 28th day of March 2017, in accordance with the Memorandum entered concurrently with this Order, **IT IS ORDERED THAT** Plaintiffs' motion for partial summary judgment (Doc. No. 24), is **GRANTED IN PART** and **DENIED IN PART**. Plaintiffs' motion for partial summary judgment is **GRANTED** as to Defendants' negligence counterclaims (Counts I-IV). The Clerk of Court is directed to enter judgment in favor of Plaintiffs and against Defendants on Counts I, II, III and IV. Plaintiffs' motion for partial summary judgment is **DENIED** as to Defendants' breach of contract counterclaim (Count V), and breach of fiduciary duty counterclaim (Count VI).

s/ Yvette Kane<br>
Yvette Kane, District Judge<br>
United States District Court<br>
Middle District of Pennsylvania