# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL JESTER & PENN RIDGE FARMS, LLC,    Plaintiffs | : <br> : <br> : <br> :    No. 1:15-cv-00205 |
| v. | : <br> :    (Judge Kane) |
| ROBERT HUTT, FANTASY LANE THOROUGHBRED RACING STABLE, LLC, FANTASY LANE STABLE, INC., & FANTASY LANE THOROUGHBREDS    Defendants | : <br> : <br> : <br> : <br> : <br> : |

## ORDER

**AND NOW**, on this 29th day of August 2018, in accordance with the Memorandum entered concurrently with this Order, **IT IS ORDERED THAT** Defendants' **"Motion for a New Trial or Remittitur or, in the Alternative, to Alter or Amend the Judgment"** (Doc. No. 78), is **GRANTED IN PART** and **DENIED IN PART** as follows:

1. The motion is **GRANTED** insofar as the verdict and judgment on Plaintiffs' breach of contract claim will be amended to reflect that the Fantasy Lane entities are liable for the breach of contract;

2. The motion is **GRANTED** insofar as the verdict and judgment on Plaintiffs' defamation claim will be amended to reflect a reduction of the award of punitive damages to $5,500.00;

3. The motion is **DENIED** in all other respects; and

4. The Clerk of Court is directed to amend the verdict and judgment on Plaintiffs' breach of contract claim so as to reflect that the Fantasy Lane entities are liable for the breach of contract, and amend the verdict and judgment on Plaintiffs' defamation claim to reflect a reduction of the award of punitive damages to $5,500.00.

s/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania
