IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MICHAEL JESTER** and | : | |
| **PENN RIDGE FARMS, LLC.,** | : | No. 1:15-cv-00205 |
|     **Plaintiffs** | : | |
| | : | (Judge Kane) |
|     v. | : | |
| | : | |
| **ROBERT HUTT, et al,** | : | |
|     **Defendants** | : | |
| | : | |
|     v. | : | |
| | : | |
| **DOUGLAS H. DUER, ESQ.,** | : | |
| **COMMONWEALTH OF PA, PA** | : | |
| **DEPARTMENT OF AGRICULTURE,** | : | |
| **OFFICE OF CHIEF COUNSEL,** | : | |
|     **Garnishee** | : | |

## ORDER

**AND NOW**, on this 20th day of November 2020, upon reevaluation of the jury's punitive damages award on remand from the United States Court of Appeals for the Third Circuit (Doc. No. 111-2), and upon consideration of Plaintiffs' motion for supplemental relief in aid of execution pursuant to Federal Rule of Civil Procedure 69 (Doc. No. 115), and in accordance with the Memorandum entered concurrently with this Order, **IT IS ORDERED THAT**:

1. The Court **DECLINES** to reduce the jury's award of $89,999 in punitive damages for the defamation claim against Defendant Robert Hutt; and

2. Plaintiffs' motion for supplemental relief in aid of execution (Doc. No. 115) is **DENIED**.

                                                                                                        s/ Yvette Kane
                                                                                                        Yvette Kane, District Judge
                                                                                                        United States District Court
                                                                                                        Middle District of Pennsylvania